IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE FUND,  )))))) | |
| Plaintiffs, ) | Case No. 10 cv 1605 |
| ) | Judge Shadur |
| v. ) | |
| SELLERGREN BROS, INC. ) | |
| Defendant. ) | |

JUDGMENT ORDER

WHEREAS, the Plaintiffs filed their Complaint on March 11, 2010 and the Defendant was personally served with copies of Summons and Complaint; and

WHEREAS, the Defendant has failed to answer or otherwise plead; and

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a default is hereby entered against the Defendant in accordance with the prayer of the Complaint in the above styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in behalf of the Plaintiffs and against the Defendant, SELLERGREN BROS, INC., in the sum of **$361,694.96** representing the following amounts:

| | | |
|---|---|---|
| a) | ERISA Contributions (03/08 - 06/09) | $287,085.93 |
| b) | Interest | $12,905.99 |
| c) | Liquidated Damages | $51,677.04 |
| d) | Attorney Fees and Costs | $2,628.00 |
| e) | Audit Fees | $7,398.00 |
| | **TOTAL** | **$361,694.96** |

ENTERED:

_____
MILTON I. SHADUR
UNITED STATES DISTRICT JUDGE

DATED: May 6, 2010